PROB 12C
(6/16)

Report Date: December 16, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Shawn Erich Fowler | Case Number: 0980 2:17CR00023-TOR-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 24, 2024 |
| Defense Attorney: | Joel Baumann | Date Supervision Expires: | October 23, 2029 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 26, 2024.

On October 24, 2024, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine and amphetamine, on or about November 18, 2024. |
| | On November 18, 2024, the offender submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine and amphetamine. When questioned by the probation officer, he denied use of said substances. |

Prob12C
**Re: Fowler, Shawn Erich**
**December 16, 2024**
Page 2

The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 16, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
December 16, 2024

Date