PROB 12C
(6/16)

Report Date: June 13, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawn Erich Fowler                    Case Number: 0980 2:17CR00023-TOR-2

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mead, Washington 99021

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 24, 2024 |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: | October 23, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 2, 2025.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting a controlled substance, methamphetamine, on or about June 6, 2025.<br><br>On June 11, 2025, Mr. Fowler submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine. At that time, he signed an admission form acknowledging use of said substance on or about June 6, 2025. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Fowler, Shawn Erich
June 13, 2025
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 13, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

June 16, 2025

Date