PROB 12C
(6/16)

Report Date: July 22, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawn Erich Fowler | Case Number: 0980 2:17CR00023-TOR-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ | Spokane, Washington 99260 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 |
| Original Sentence: | Prison - 120 months<br>TSR - 60 |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Date Supervision Commenced: | October 24, 2024 |
| Defense Attorney: | Federal Public Defender |
| Date Supervision Expires: | October 23, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 2, 13, and 26, 2025.

On October 24, 2024, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| 13 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory conditions number 1 and 2, by possessing a controlled substance, methamphetamine, in violation of R.C.W. 69.50.4013, on or about July 12, 2025. |

Prob12C
Re: Fowler, Shawn Erich
July 22, 2025
Page 2

On July 12, 2025, Mr. Fowler was arrested on his federal warrant by tribal police at a local casino. Upon a search incident to arrest, suspected methamphetamine and paraphernalia was found on his person, and Mr. Fowler admitted to possessing methamphetamine. The substance was later tested and it was presumptive positive for methamphetamine and weighed approximately 2.8 grams. The arresting officer was unable to charge the offender with a crime, as he is not state-certified.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 22, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice

Signature of Judicial Officer

July 23, 2025

Date