PROB 12C
(6/16)

Report Date:  May 6, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 15, 2026**

SEAN F. McAVOY, CLERK

ECF No. 210

Name of Offender: Shawn Erich Fowler        Case Number: 0980 2:17CR00023-TOR-2

Address of Offender: ██████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

Original Offense:        Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine,
                         21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846

Original Sentence:       Prison - 120 months        Type of Supervision: Supervised Release
                         TSR - 60 months

Revocation Sentence:     Prison - 7 months
(August 13, 2025)        TSR - 60 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard        Date Supervision Commenced: December 30, 2025

Defense Attorney:        Federal Public Defender      Date Supervision Expires: December 29, 2030

---

## PETITIONING THE COURT

To issue a summons.

On December 31, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 7, by failing to report to Pioneer Human Services (PHS) for a urinalysis test on April 28, 2026.

This officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on April 28, 2026.

**Prob12C**
**Re: Fowler, Shawn Erich**
**May 6, 2026**
**Page 2**

2     **Special Condition #1:** You must complete mental health evaluations and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence:** The offender is alleged to have violated special condition number 1, by failing to attend a scheduled mental health treatment session on April 30, 2026.

This officer received email correspondence from PHS indicating the offender failed to report for a scheduled mental health session on April 30, 2026.

3     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on May 1, 2026, as instructed.

On April 30, 2026, this officer left a voicemail for the offender instructing him to report to the U.S. Probation Office at 8 a.m., on May 1, 2026.

Mr. Fowler failed to report to the U.S. Probation Office on May 1, 2026, as instructed.

4     **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to follow the probation officer's instructions on May 1, 2026.

On May 1, 2026, this officer left a voicemail and text message for the offender instructing him to contact the undersigned by 4 p.m. on that same date.

Mr. Fowler failed to contact the probation officer on May 1, 2026, as instructed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 6, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C

**Re: Fowler, Shawn Erich**
**May 6, 2026**
**Page 3**


## THE COURT ORDERS

[  ]   No Action

[  ]   The Issuance of a Warrant

[X]   The Issuance of a Summons

[  ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.

[  ]   Defendant to appear before the Judge assigned to the
       case.

[X]   Defendant to appear before the Magistrate Judge.

[  ]   Other

_____
Signature of Judicial Officer

May 15, 2026
_____
Date