PROB 12C
(6/16)

Report Date:  May 29, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 01, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 214

Name of Offender: Shawn Erich Fowler          Case Number: 0980 2:17CR00023-TOR-2

Address of Offender: ███████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 846 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 13, 2025) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 30, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 29, 2030 |

## PETITIONING THE COURT

**To issue a warrant** and  to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 6, 2026.

On December 31, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 7, by failing to report to Pioneer Human Services (PHS) for random urinalysis testing on or about May 8, 2026.

This officer received email correspondence from PHS indicating the offender failed to report for random urinalysis testing on May 8, 2026.

**Prob12C**
**Re: Fowler, Shawn Erich**
**May 29, 2026**
**Page 2**

6          **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 7, by failing to report to PHS for urinalysis testing on or about May 13, 2026.

This officer received email correspondence from PHS indicating the offender failed to report for random urinalysis testing on May 13, 2026.

7          **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to follow the instructions of the probation officer on or about May 15, 2026.

On May 15, 2026, the probation officer left a voicemail and sent a text message to the offender instructing him to contact the undersigned by 12 p.m., on that same date. Mr. Fowler failed to contact the probation officer as instructed.

8          **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to follow the probation officer's instructions on May 18, 2026.

On May 18, 2026, this officer left a voicemail for the offender instructing him to contact the undersigned by 4 p.m., on that same date. Mr. Fowler failed to contact the probation officer as instructed.

9          **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13 and special condition number 7, by failing to submit to urinalysis testing as instructed by the probation officer on or about May 27, 2026.

On May 27, 2026, the offender reported to the U.S. Probation Office for a scheduled appointment. Prior to meeting with the offender, Mr. Fowler was instructed to submit to urinalysis testing. He stated he was not ready to provide a urine specimen, so he was told he could do so after meeting with the undersigned.

At the conclusion of the office appointment, the offender was escorted to the office lobby. When the probation officer returned to the lobby to inquire if he was ready to submit a urine specimen, it was discovered that he had left the building.

Prob12C
**Re: Fowler, Shawn Erich**
**May 29, 2026**
**Page 3**

The undersigned left a voicemail and text message for Mr. Fowler instructing him to report back to the U.S. Probation Office to provide a urine specimen on that same date; however, he failed to report. The probation officer continued to try to contact him via telephone throughout the day, but he failed to respond.

10    **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13 and special condition number 7, by failing to submit to urinalysis testing as instructed by the probation officer on or about on or about May 28, 2026.

On May 28, 2026, this officer attempted to contact the offender at his residence, but was informed by his mother that he was not home. This officer provided her with a business card instructing Mr. Fowler to report to the U.S. Probation Office by 4 p.m., on that same date for urinalysis testing. Additionally, a voicemail and text message were sent to the offender with the same reporting instructions.

Mr. Fowler failed to report to the U.S. Probation Office for urinalysis testing on May 28, 2026, as instructed by the undersigned.

11    **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Supporting Evidence: The offender is alleged to have violated special condition number 7, by failing to report to PHS for urinalysis testing on May 28, 2026.

This officer received email correspondence from PHS indicating the offender failed to report for random urinalysis testing on May 28, 2026.

12    **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal release of information between the supervising officer and treatment provider.

**Supporting Evidence:** The offender is alleged to have violated special condition number 2, by failing to attend a group and individual treatment session at Spokane Addiction and Recovery Centers (SPARC) on or about May 28, 2026.

On May 29, 2026, this officer contacted the offender's treatment counselor to discuss the offender's progress in treatment. At that time, his counselor advised the offender failed to attend a group and individual treatment session on May 28, 2026.

Prob12C

**Re: Fowler, Shawn Erich**
**May 29, 2026**
**Page 4**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 29, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Thomas O. Rice_

Signature of Judicial Officer

June 1, 2026

Date