PROB 12C
(6/16)

Report Date: June 2, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 05, 2026

SEAN F. McAVOY, CLERK

ECF No. 220

Name of Offender: Shawn Erich Fowler    Case Number: 0980 2:17CR00023-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 13, 2025) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 30, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 29, 2030 |

## PETITIONING THE COURT

**To issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 6 and May 29, 2026.

On December 31, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 7 by failing to report to Pioneer Human Services (PHS) for urinalysis testing on or about June 1, 2026.

The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on June 1, 2026.

Prob12C

**Re: Fowler, Shawn Erich**
**June 2, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 2, 2026
                 _____

                 s/Lori Cross
                 _____

                 Lori Cross
                 U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

  6/5/2026
_____
Date