PROB 12C
(6/16)

Report Date:  June 5, 2026

**United States District Court**

for the

Eastern District of Washington

**ECF No. 218**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2026

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Shawn Erich Fowler          Case Number: 0980 2:17CR00023-TOR-2

Address of Offender: ███████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 |

Original Sentence:       Prison - 120 months       Type of Supervision: Supervised Release
                         TSR - 60 months

Revocation Sentence:     Prison - 7 months
(August 13, 2025)        TSR - 60 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard       Date Supervision Commenced: December 30, 2025

Defense Attorney:        Federal Public Defender     Date Supervision Expires: December 29, 2030

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 6, May 29 and June 2, 2026.

On December 31, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 7, by ingesting controlled substances, methamphetamine, cocaine and marijuana, on or about June 1, 2026.

On June 4, 2026, the offender admitted to the probation officer that he ingested methamphetamine, cocaine and marijuana on or about June 1, 2026.

Prob12C

**Re: Fowler, Shawn Erich**
**June 5, 2026**
**Page 2**

**Special Condition #6:** You must not enter into any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by consuming alcohol on or about June 1, 2026.

On June 4, 2026, the offender admitted to the probation officer that he consumed alcohol on or about June 1, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 5, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

6/5/2026

Date